# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| URS Energy & Construction Inc. | ) ASBCA Nos. 59685, 59686, 59687 |
| | ) 59688, 59689, 59690 |
| | ) 59691, 59692, 60240 |
| | ) 60241, 60242, 60243 |
| | ) 60244, 60245 |
| | ) |
| Under Contract Nos. FA3002-06-D-0001 | ) |
| FA8903-04-D-0004 | ) |
| DACA78-03-D-0004 | ) |
| W91GXY-06-C-0066 | ) |
| DAAA09-97-C-0025 | ) |

APPEARANCES FOR THE APPELLANT:    Nicole J. Owren-Wiest, Esq.
                                  Tara L. Ward, Esq.
                                   Wiley Rein LLP
                                   Washington, DC

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
                                   DCMA Chief Trial Attorney
                                  Arthur M. Taylor, Esq.
                                   Deputy Chief Trial Attorney
                                   Defense Contract Management Agency
                                   Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 14 April 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59685, 59686, 59687, 59688, 59689, 59690, 59691, 59692, 60240, 60241, 60242, 60243, 60244, 60245, Appeals of URS Energy & Construction Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals